IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

Joseph Thuney, et al.          v.    Lawyer's Title of Arizona Inc., et al.

Judge H. Russel Holland              Case No.   2:18-cv-1513-HRH

PROCEEDINGS:   ORDER FROM CHAMBERS

The court is in receipt of the parties' *Joint Status Report*,[1] filed November 1, 2019, indicating the parties' intent to submit closing papers.  The report is approved and current case deadlines are hereby vacated.

Closing papers shall be submitted by January 3, 2020.  If not, plaintiffs shall submit an updated status report to advise the court what remains to complete the settlement of this case.

---

[1] Docket No. 121.