Scott E. Gizer, State Bar Number 029421
  *sgizer@earlysullivan.com*
Kevin S. Sinclair (Pro Hac Vice)
  *ksinclair@earlysullivan.com*
EARLY SULLIVAN WRIGHT
  GIZER & McRAE LLP
6420 Wilshire Boulevard, 17th Floor
Los Angeles, California 90048
Telephone:  (323) 301-4660
Facsimile:  (323) 301-4676

Attorneys for Defendant and Cross-Claimant
LAWYERS TITLE OF ARIZONA, INC.

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Joseph and Carla Thuney, a married couple,<br><br>               Plaintiffs,<br><br>vs.<br><br>Lawyers Title of Arizona, Inc., an Arizona corporation; Julie-Anne Helms, an individual; Helms & Helms, PLLC, an Arizona professional limited liability company; KeyBank, N.A., a national banking association; JP Morgan Chase, N.A., a national banking corporation,<br><br>               Defendants.<br>_____<br>Lawyers Title of Arizona, Inc., an Arizona corporation,<br><br>             Cross-Claimant,<br><br>vs.<br><br>JP Morgan Chase Bank, N.A., a national banking association; KeyBank, N.A., a national banking association; Julie-Anne Helms, an individual, and Helms & Helms, PLLC, an Arizona professional limited liability company,<br><br>             Cross-Defendants. | Case No.: CV18-01513-PHX-HRH<br><br>STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE PER FED. R. CIV. P. 41(a)(1)(A)(ii)<br><br>[Honorable H. Russel Holland] |



**STIPULATION TO DISMISS ACTION**

515766.2

1  Plaintiffs Joseph and Carla Thuney; defendant, cross-claimant, and counter-cross-defendant Lawyers Title of Arizona, Inc.; defendant and cross-defendant JP Morgan Chase Bank, N.A.; defendant and cross-defendant Key Bank, N.A.; defendant, cross-defendant, and counter-cross-claimant Julie-Anne Helms; and defendant, cross-defendant, and counter-cross-claimant Helms & Helms, PLLC (collectively, the "Parties"), by and through their respective undersigned counsel, hereby stipulate and agree as follows:

1. The above-captioned action, as well as causes of action, claims, cross-claims, and counter-cross-claims asserted therein shall be dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

1
**STIPULATION TO DISMISS ACTION**

515766.2

2. Each of the Parties shall bear their own fees and costs in conjunction with the above-captioned action, as well as the Chapter 13 bankruptcy of Julie-Anne Helms, Case No. 2:18-bk-15618-SHG.

Respectfully submitted,

Dated: December 16, 2019           SCANNELLAW, LLC

By:   */s/ Terry Scannell*
      W. Terry Scannell
      Attorneys for Plaintiffs
      JOSEPH AND CARLA THUNEY

Dated: December 16, 2019           EARLY SULLIVAN WRIGHT
                                     GIZER & McRAE LLP

By:   */s/ Kevin Sinclair*
      Kevin S. Sinclair
      Attorneys for Defendant and Cross-Claimant
      LAWYERS TITLE OF ARIZONA, INC.

Dated: November 13, 2019           GREENBERG TRAURIG, LLP

By:   */s/ Nicole Goodwin*
      Nicole M. Goodwin
      Attorneys for Defendant and Cross-Defendant
      JP MORGAN CHASE BANK, N.A.

Dated: December 10, 2019           MILLER NASH GRAHAM & DUNN LLP

By:   */s/ Kellen Hade*
      Kellen A. Hade
      Attorneys for Defendant and Cross-Defendant
      KEYBANK, N.A.

Dated: December 16, 2019           THE WESBROOKS LAW FIRM PLLC

By:   */s/ Mark Wesbrooks*
      Mark Wesbrooks
      Attorneys for Defendants, Cross-Defendants, and Counter-Cross-Claimants
      JULIE-ANNE HELMS AND HELMS & HELMS, PLLC

